**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEBRASKA

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Thurston Manufacturing Company** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Thurston Manufacturing**<br>**DBA  Simonsen Iron Works, Inc.**<br>**DBA  Simonsen Iron Works** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-0535398** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1708 H Avenue**<br>**Thurston, NE 68062**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Thurston**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Thurston Manufacturing Company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3331

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| Debtor | **Thurston Manufacturing Company** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Thurston Manufacturing Company** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 23, 2019**
                       MM / DD / YYYY

X _~~signature~~_                                               **Ryan J. Jensen**
Signature of authorized representative of debtor        Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X _~~signature~~_                                               Date   **January 23, 2019**
Signature of attorney for debtor                                      MM / DD / YYYY

**Elizabeth M. Lally 26428**
Printed name

**Goosmann Law Firm, PLC**
Firm name

**17838 Burke Street**
**Suite 250**
**Omaha, NE 68118**
Number, Street, City, State & ZIP Code

Contact phone   **402-280-7648**        Email address   **LallyE@goosmannlaw.com**

**26428 NE**
Bar number and State

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Thurston Manufacturing Company</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>DISTRICT OF NEBRASKA</strong></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BANK OF AMERICA BUSINESS CARD PO BOX 15796 WILMINGTON, DE 19886-5796** | **Unknown** | **CREDIT CARD (THURSTON MFG)** | | | | $25,391.98 |
| **COLUMBUS STEEL SUPPY 1907 29TH AVENUE EAST COLUMBUS, NE 68601** | **Amy** <br><br> **800-657-2115** | **INVENTORY** | | | | $62,898.79 |
| **EARLE M JORGENSEN CO 1800 N UNIVERSAL AVE. KANSAS CITY, MO 64120** | **Jeff Brown** <br><br> **800-821-2500** | **INVENTORY (THURSTON MFG)** | | | | $19,824.90 |
| **EXPRESS LOGISTICS PO BOX 628 WAUKEE, IA 50263** | **866-470-2776** | **FREIGHT (THURSTON MFG)** | | | | $30,038.39 |
| **GRAHAM TIRE NORFOLK 1908 Center Drive Norfolk, NE 68701** | **Chuck Waite** <br><br> **402-371-6026** | **INVENTORY** | | | | $235,050.59 |
| **INFORMA 24652 NETWORK PLACE CHICAGO, IL 60673-1246** | **Unknown** | **ADVERTISING** | | | | $32,687.38 |
| **KOOIMA COMPANY 2638 310th STREET PO BOX 156 ROCK VALLEY, IA 51247** | **Jeremy Van Zee** <br><br> **712-476-6201** | **INVENTORY (THURSTON MFG)** | | | | $26,986.95 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Thurston Manufacturing Company**                              Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MATHERSON LINWELD 300 SO. LEWIS BLVD SIOUX CITY, IA 51106-5804** | **712-252-2735** | **PRODUCTION SUPPLIES** | **Disputed** | | | **$23,625.26** |
| **MATHESON TRIGAS DBA LINWELD 3310 18TH STREET SPIRIT LAKE, IA 51360** | **Bule** **712-336-2707** | **PRODUCTION SUPPLIES** | | | | **$20,959.40** |
| **MID WEST PRO MFG., INC. 188 WESTVIEW DRIVE ROCK VALLEY, IA 51247** | **Paul Van Ginkel** **712-476-9279** | **INVENTORY** | | | | **$58,389.83** |
| **MISSOURI VALLEY STEEL 1300 DIVISION STREET SIOUX CITY, IA 51105** | **Keith or Jason** **800-831-0944** | **INVENTORY** | | | | **$73,073.43** |
| **NORFOLK IRON & METAL COMPANY P.O. BOX 1129 3001 NORTH VICTORY RD. NORFOLK, NE 68702-1129** | **Ray Hansen** **800-672-8309** | **INVENTORY** | | | | **$111,532.14** |
| **NORTHFIELD INDUSTRIES 700 WILEY FARM COURT SCHAUMBURG, IL 60173** | **Kevin Oliver** **847-755-0777** | **INVENTORY** | **Disputed** | | | **$17,307.76** |
| **PITTSBURGH PAINTS 708 8th ST SIOUX CITY, IA 51105** | **Steve** **paf9834@ppg.com** **712-258-4574** | **INVENTORY** | | | | **$49,692.94** |
| **PRINCE MANUFACTURING CORP. 612 NORTH DERBY LANE NORTH SIOUX CITY, SD 57049-7000** | **Rhonda Hattig** **605-235-1220** | **INVENTORY** | | | | **$188,283.57** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Debtor    **Thurston Manufacturing Company**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **R & R ENGINEERING P.O. BOX 428 SUMMITVILLE, IN 46070** | **M. Nelson or Cody Johnson**<br><br>**mnelson@randrengineering.com 800-979-1921** | **INVENTORY (THURSTON MFG)** | | | | $17,370.87 |
| **SILVER CREEK MACHINING LLC 4261 390TH AVE. AYRSHIRE, IA 50515** | **Jeff Terveer**<br><br>**712-922-9977** | **INVENTORY (THURSTON MFG)** | | | | $18,147.93 |
| **SIOUXLAND FABRICATING 3114 EAGLE AVE. ROCK VALLEY, IA 51247** | **712-473-9761** | **INVENTORY** | | | | $34,081.57 |
| **SMITH FOUNDRY COMPANY 1855 E. 28TH STREET MINNEAPOLIS, MN 55407** | **612-729-9395** | **INVENTORY** | | | | $37,996.76 |
| **STATE STEEL BOX 1257 528 EAST PARK STREET SPENCER, IA 51301** | **Jim Winters**<br><br>**800-747-9559** | **INVENTORY** | | | | $152,374.69 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

# United States Bankruptcy Court
## District of Nebraska

In re    **Thurston Manufacturing Company**                                         Case No. _____

_____    Chapter    **11** _____
                                    Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is
true and correct to the best of my knowledge.

Date:    **January 23, 2019** _____        _____

                                            **Ryan J. Jensen/Chief Executive Officer**
                                            Signer/Title

3C Property, LLC
1516 Nichols Ave.
Okoboji, IA 51355


3C PROPERTY, LLC
1701 38TH AVE WEST
Spencer, IA 51301


A   I PRODUCTS
1020 22ND AVE,
PO BOX 8
ROCK VALLEY, IA 51247


A  L FLUID POWER, INC
4412 SOUTH 87th STREET
OMAHA, NE 68127


ADVANCE SERVICES, INC
PO BOX 390398
OMAHA, NE 68139-0398


ADVANCED SYSTEMS, INC
5801 WESTMINSTER DR
PO BOX 219
CEDAR FALLS, IA 50613


ADVANTAGE BEARING TECHNOLOGY
345 PRODUCTION DRIVE
SOUTH ELGIN, IL 60177-2636


AG EXPRESS ELECTRONICS
308 CLAUDE ROAD
GRAND ISLAND, NE 68803


AIR GAS SAFETY
1100 EXECUTIVE DR
SUITE 100
COPPELL, TX 75019


ALADDIN STEEL, INC
P.O. BOX 89
ROUTE 16 EAST
GILLESPIE, IL 62033

Ally Bank
PO Box 8122
Cockeysville, MD 21030


AMADA AMERICA INC.
7025 FIRESTONE BLVD
BUENA PARK, CA 90621


AMERICAN BROADBAND CLEC
1605 WASHINGTON ST
BLAIR, NE 68008


AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448


AMERICAN PUNCH
1655 CENTURY CORNERS PARKWAY
CLEVELAND, OH 44132


APACHE HOSE   BELTING
110 EAST 9TH AVENUE
KANSAS CITY, MO 64116


ARAMARK UNIFORM SERVICES, INC
P.O. BOX 236
SIOUX CITY, IA 51102-0236


ARNOLD MOTOR SUPPLY, LLP
Spencer Store
PO Box 320
Spencer, IA 51301


AXALTA POWDER COATING SYSTEM
9800 GENARD RD.
HOUSTON, TX 77041


B F FASTENER SUPPLY
7100 SUNWOOD DR NW
RAMSEY, MN 55303


BANJO CORPORATION
150 BANJO DRIVE
CRAWFORDSVILLE, IN 47933

BANK OF AMERICA
BUSINESS CARD
PO BOX 15796
WILMINGTON, DE 19886-5796


BAUM IRON COMPANY
DIGITAL SUPPLY HYDRAULICS CO
1221 HARNEY STREET
OMAHA, NE 68102


BizCapital BIDCO I, L.L.C.
Attn: Frank Palmisano
909 Poydras St., Ste. 2230
New Orleans, LA 70112


BLACK HAWK INDUSTRIAL
7200 93RD AVE NORTH
SUITE 190
BROOKLYN PARK, MN 55445


BLACK HILLS ENERGY
PO BOX 6001
RAPID CITY, SD 57709


BOJI CUSTOM METAL WORKS
22904 HORSE CREEK LANE
MILFORD, IA 51351


BOMGAARS
1805 ZENITH DRIVE
SIOUX CITY, IA 51103-5208


BROWN TRANSFER COMPANY
911 East 11th Street
PO BOX 158
KEARNEY, NE 68848


CAMPUS CLEANERS
1710 ITHACA AVENUE
SPIRIT LAKE, IA 51360


CAPITAL SPRING
2000 JETWAY BLVD.
COLUMBUS, OH 43219

CAPITOL ONE COMMERCIAL
POBOX 5219
CAROL STREAM, IL 60197-5219


CARLA J. JENSEN TRUSTEE REVOCABLE TRUST
1600 KIRKWOOD AVE
WEST OKOBOJI, IA 51351


Carmody MacDonald, P.C.
Attn: Josh Reinert
120 S Central Ave Ste. 1800
Saint Louis, MO 63105


CAROLYN J JENSEN TRUSTEE REVOCABLE TRUST
1611 WEDGEWOOD DR
Thurston, NE 68062


CENTRAL COAST FILTER
AND SUPPLY, INC
1431 PACIFIC AVE
OXNARD, CA 93033


CEQUENT TRAILER PRODUCTS
1050 INDIANHEAD DRIVE
P.O. BOX 8
MOSINEE, WI 54455-0008


CHICAGO TUBE   IRON CO.
810 S. 54TH STREET
ANKENY, IA 50021


CITY OF SPENCER
418 2ND AVE W
SPENCER, IA 51301


CLAY COUNTY TREASURER
300 W 4TH ST #3
SPENCER, IA 51301


COLUMBUS STEEL SUPPY
1907 29TH AVENUE EAST
COLUMBUS, NE 68601

COMMUNITY CONNECTIONS, INC
8640 SW 27TH ST
LINCOLN, NE 68523


COMPASS BUSINESS SOLUTIONS
144 SHELLEY LANE
WHEATON, IL 60189


CONCENTRIC INTERNATIONAL
1901 Bell Ave., Suite #18
Des Moines, IA 50315


CONCEPT MACHINE TOOL
15625 MEDINA ROAD
MINNEAPOLIS, MN 55447


CONTINENTAL NH3 PRODUCTS CO
130 YORKTOWN
BOX 225323
DALLAS, TX 75222


COOPERATIVE ENERGY COMPANY
5715 HIGHWAY 71
SPENCER, IA 51301


COPE PLASTICS INC.
4441 INDUSTRIAL DRIVE
ALTON, IL 62002


COUNSEL
713 NEBRASKA STREET
SIOUX CITY, IA 51102


Counsel Ricoh
2309A Chatburn Ave
Harlan, IA 51537


CREATIVE SCREEN PRINT
602 COMMERCE ST
WEST SALEM, WI 54669


Crestmark Bank
5480 Corporate Dr., Ste. 350
Troy, MI 48098

D K POWDER COATING
2240 HOWARD DRIVE WEST
NORTH MANKATO, MN 56003


D/F MACHINE SPECIALIES
1750 HOWARD DRIVE
NORTH MANKATO, MN 56003


D/F MACHINE SPECIALTIES, INC
1750 HOWARD DRIVE
NORTH MANKATO, MN 56003


DAH LLC
1227 K ROAD
BEEMER, NE 68716


DAKOTA PLATING
SUNWISE SYSTEMS CORP
1614 N CLIFF AVE.
SIOUX FALLS, SD 57103


DECO TOOL AN MSC  COMPANY LLC
PO BOX 3097
DAVENPORT, IA 52808


DELTA INDUSTRIES INC
2201 CURTISS STREET
DOWNERS GROVE, IL 60515-4010


DEN HARTOG IINDUSTRIES, INC.
4010 HWY. 60 BLVD
PO BOX 425
HOSPERS, IA 51238-0425


DIAMOND PRODUCTS CO.
DIAMOND VOGEL PAINTS
711 SOUTH 3RD AVENUE
MARSHALLTOWN, IA 50158-8001


DICHTOMATIK AMERICAS
1087 PARK PLACE
SHAKOPEE, MN 55379-1889

DLL Finance LLC
8001 Birchwood Ct.
Johnston, IA 50131


DO-IT LLC
1282 - 230th STREET
HUBBARD, NE 68741


DONNELLY PALLET
583 HIGHWAY 35 WEST
DAKOTA CITY, NE 68731


DOUBLE HH MANUFACTURING
PO BOX 176
207 WEST VIEW DRIVE
ROCK VALLEY, IA 51247-0176


DOUBLES HH MANUFACTURING
PO BOX 176
207 WESTVIEW DRIVE
ROCK VALLEY, IA 51247-0176


DOVE EQUIPMENT COMPANY
723 SABRINA DRIVE
E. PEORIA, IL 61611-3578


DUBOIS CHEMICAL
2659 SOLUTION CENTER
CHICAGO, IL 60677-2006


DUE WEST CONSULTING
57592 - 849th ROAD
WAYNE, NE 68787


DUER/CAROLINA COIL
P.O. BOX 730
REIDVILLE, SC 28375


DUFECK MANUFACTURING COMPANY
PO BOX 428
210 MAPLE STREET
DENMARK, WI 54208

DUGAN BUSINESS FORMS
P.O. BOX 416
BOYS TOWN, NE 68010-0416


DYNAMITE CLEANING
268 - 21st ROAD
WEST POINT, NE 68788


EARLE M JORGENSEN CO
1800 N UNIVERSAL AVE.
KANSAS CITY, MO 64120


EARLE M JORGENSEN CO
325 N. 16TH AVE.
ELDRIDGE, IA 52748


ELKHORN VALLEY SHOPPER
P.O. BOX 40
134 E GROVE
WEST POIINT, NE 68788-0040


Enterprise Bank   Trust
Attn: George Kriegshauser
150 N Meramec
Saint Louis, MO 63105


ERICKS NORTH AMERICA, INC.
1665 NORTH TOPPING
KANSAS CITY, MO 64120


EXECUTIVE TECHNOLOGIES
2000 PIERCE STREET
SIOUX CITY, IA 51104


EXPRESS LOGISTICS
PO BOX 628
WAUKEE, IA 50263


FARM JOURNAL
P.O. BOX 33068
NEWARK, NJ 07188-0068

FAST GLOBAL SOLUTIONS
20631 STATE HWY 55
PO BOX 249
GLENWOOD, MN 56334


FEDEX
P.O. BOX 94515
PALATINE, IL 60094-4515


FIREBALL INDUSTRIES, INC.
BOX B.
CENTEERVILLE, SD 57014


First National Bank of Omaha
1620 Dodge St., Stop 1057
Omaha, NE 68197


FIVE STAR AWARDS
206 6th STREET
SIOUX CITY, IA 51101-1208


G.L. HUYETT
EXIT 49
GL HUYETT EXPRESSWAY
MINNEAPOLIS, KS 67467


GIE MEDIA INCORPORATED
5811 CANAL ROAD
VALLEY VIEW, OH 44125


GRAHAM TIRE NORFOLK
1908 Center Drive
Norfolk, NE 68701


GT MIDWEST
4350 LAFAYETTE AVE
OMAHA, NE 68131-0728


HARNEY MILLER INC
PO BOX 69
BLAIR, NE 68008-0069

HAVEN STEEL PRODUCTS, INC
13206 S. WILLSON RD.
PO BOX 430
HAVEN,, KS 67543


HAWKINS MANUFACTURING, INC.
2120 EAST 4TH AVE.
HOLDREGE, NE 68949-3013


HEM INC
PO BOX 1148
PRYOR, OK 74362


HUSKER QUALITY MANAGEMENT
3402 Allendale
Lincoln, NE 68516


HYG Financial Services
5000 Riverside Dr.
Ste. 300 East
Irving, TX 75039-4314


IGUS, INC
PO BOX 14349
EAST PROVIDENCE, RI 02914-0349


INDUSTRIAL SUPPLY CO, INC.
1100 WEST RUSSELL STREET
SIOUX FALLS, SD 57104


INDUSTRIAL SYSTEMS   SUPPLY
P.O. BOX 621
COLUMBUS, NE 68602-0621


INDUSTRIAL TECHNOLOGY DIST
102 E. STATE ST.
PO BOX 548
ATKINSON, NE 68713


INFORMA
24652 NETWORK PLACE
CHICAGO, IL 60673-1246

INGERSOLL TILLAGE GROUP
460 SHERMAN AVE. NORTH
HAMILTON, ONTARIO L8L 8J6
CANADA


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Iowa Dept. of Revenue
Attn: Bankruptcy Section
PO Box 10471
Des Moines, IA 50306-0471


IOWA LAKES COMMUNITY COLLEGE
ATTN: JOLENE ROGERS
19 S 7TH ST
ESTHERVILLE, IA 51344


IOWA LAKES CORRIDOR DEVEL
520 2ND AVE E SUITE
SPENCER, IA 51301


IOWA LAKES ELECTRIC COOPERATIVE
702 SOUTH 1ST ST
ESTHERVILLE, IA 51334


IOWA-NEBRASKA EQUIP. DEALERS
8330 NW 54th AVENUE
JOHNSTON, IA 50131-2841


JANITOR CLOSET LTD
PO BOX 454
SPENCER, IA 51301


Jensen Holdings
1708 H Ave.
Thurston, NE 68062


JENSEN HOLDINGS, L.L.C.
1708 H AVE
Thurston, NE 68062

JOHN DAY
P.O. BOX 3541
OMAHA, NE 68103-0541


K   R DISTRIBUTING INC
1404 W. CHURCH ST
MARSHALLTOWN, IA 50158


K.R. JOHNSON, INC.
13851 W 101 ST.
LENEXA, KS 66215


KELLY SUPPLY COMPANY
704 PROSPECT AVENUE
NORFOLK, NE 68701


KING OF FREIGHT
110 S. MAIN ST.;   SUITE 300
WICHITA, KS 67202


KING'S DISPOSAL
BOX 426
WALTHILL, NE 68067


KISCO SALES INC.
301 SUMNER STREET
BAKERSFIELD, CA 93305-5141


KOOIMA COMPANY
2638 310th STREET
PO BOX 156
ROCK VALLEY, IA 51247


LANDMARK TRANSPORT
915 BREWSTER ROAD
HOLDREGE, NE 68949


LARUE DISTRIBUTING, INC
P.O. BOX 451119
OMAHA, NE 68145-6119


LAYTON W. JENSEN
1611 WEDGEWOOD DR
Thurston, NE 68062

LAYTON W. JENSEN TRUSTEE REVOCABLE TRUST
1611 WEDGEWOOD DR
Thurston, NE 68062


LEE SPRING COMPANY
1334 CHARLESTOWN INDUSTRIAL
ST. CHARLES, MO 63303


LESSITER PUBLICATIONS
PO BOX 624
BROOKFIELD, WI 53008-0624


LINDERS SPECIALTY COMPANY
432 ATWATER STREET
ST. PAUL, MN 55117


LUTZ  COMPANY, PC
13616 CALIFORNIA STREET
SUITE 300
OMAHA, NE 68154-5336


LUX BROTHERS
1282 230TH STREET
HUBBARD, NE 68741


MALLOY ELECTRIC
875 Cottonwood Lane
Dakota Dunes, SD 57049


MATHERSON LINWELD
300 SO. LEWIS BLVD
SIOUX CITY, IA 51106-5804


MATHESON TRIGAS DBA LINWELD
3310 18TH STREET
SPIRIT LAKE, IA 51360


MAZAK OPTONICS CORP.
2725 GALVIN COURT
ELGIN, IL 60124


MCCORMACK TRANSPORTATION
805 S EAST ST
ROCK RAPIDS, IA 51246

MCMASTER-CARR SUPPLY
P.O. BOX 7690
Account #119899400
CHICAGO, IL 60680-7690


MEDART, INC.
MANUFACTURERS DRIVE
ST.LOUIS, MO 63010-4727


MEISTER PUBLISHING COMPANY
37733 EUCLID AVENUE
WILLOUGHBY, OH 44094-5992


MENARDS
COMMERICAL ACCOUNT BANKRUPTCY
5777 MENARD DRIVE
Eau Claire, WI 54703


MERCHANT   GOULD
3200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402-2215


MID WEST PRO MFG., INC.
188 WESTVIEW DRIVE
ROCK VALLEY, IA 51247


MILL CREEK MACHINING
119 N. WILLOW ST.
PO BOX 492
PAULLINA, IA 51046


MINNESOTA CORRUGATED BOX INC
2200 Yh HANSON AVE.
ALBERT LEA, MN 56007


MISSOURI VALLEY STEEL
1300 DIVISION STREET
SIOUX CITY, IA 51105


MSC INDUSTRIAL SUPPLY
PO BOX 953635
ST LOUIS, MO 63195-3635

MUIR OMNI GRAPHICS
908 WEST MAIN
PEORIA, IL 61606


MULTIVIEW INC
7701 Las Colinas Ridge
Suite 800
IRVING, TX 75063


MULTIVIEW INC.
7701 Las Colinas Ridge
Suite 800
IRVING, TX 75063


NAPA AUTO PARTS
1701 NORTH GRAND
SPENCER, IA 51301


Nebraska Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 94818
Lincoln, NE 68509-4818


NEBRASKA SAFETY COUNCIL, INC
3243 CORNHUSKER HWY SUITE 10
LINCOLN, NE 68504


NICHOLAS W. JENSEN
815 S 6TH ST
Pender, NE 68047


NORFOLK IRON   METAL COMPANY
P.O. BOX 1129
3001 NORTH VICTORY RD.
NORFOLK, NE 68702-1129


NORTHEAST POWER
1410 W 7TH ST
PO BOX 350
WAYNE, NE 68787


NORTHFIELD INDUSTRIES
700 WILEY FARM COURT
SCHAUMBURG, IL 60173

NOTT COMPANY
PO BOX 1450 N.W. - 7779
MINNEAPOLIS, MN 55485-7779


OLYMPIC STEEL
6425 STATE STREET
BETTENDORF, IA 52722


ORION REGISTRAR, INC
PO BOX 745070
ARVADA, CO 80006-5070


PANAMA TRANSFER
600 LASALLE AVE
PANAMA, IA 51562


PEDDINGHAUS
300 N WASHINGTON AVENUE
BRADLEY, IL 60915


PEER BEARING COMPANY
2200 NORMAN DRIVE SOUTH
WAUKEGAN, IL 60085


PEERLESS CHAIN COMPANY
PO BOX 4986
LANCASTER, PA 17604


PENDER ACE HARDWARD
314 MAIN STREET
BOX 91
PENDER, NE 68047


PENDER TIMES
P.O. BOX 280
PENDER, NE 68047


PENT AIR FLOW TECHNOLOGIES
375 - 5th AVENUE
NEW BRIGHTON, MN 55112


PITTSBURGH PAINTS
708 8th ST
SIOUX CITY, IA 51105

PPG ARCHITECTURAL COATINGS
708 8th ST
SIOUX CITY, IA 51105


PRESSURE CONNECTIONS CORP
610 CLAYCRAFT ROAD
COLUMBUS, OH 43230


PRINCE MANUFACTURING CORP.
612 NORTH DERBY LANE
NORTH SIOUX CITY, SD 57049-7000


PRODUCTIVITY, INC
15150 25TH AVENUE NORTH
P.O. BOX 1414 NCB-59
MINNEAPOLIS, MN 55480


PROTECTIVE CLOSURES CO., INC.
CAPLUGS DIVISION
P.O. BOX 1322
BUFFALO, NY 14240


R   D INDUSTRIES, INC
812 10th STREET
MILFORD, IA 51351


R   R ENGINEERING
PO BOX 428
SUMMITVILLE, IN 46070


RELIABLE BRONZE  MFG. INC
340 RUSH POINT DRIVE
STANCHFIELD, MN 55080


RELIABLE PRODUCTION MACHINING
301 WEST OHIO STREET
PO BOX 757
KENDALLVILLE, IN 46755


RENMIND, LLC
518 N 40th St
Omaha, NE 68131

RENZ ELECTRIC
4005 ELM ROAD
BANCROFT, NE 68004


RIEKES EQUIPMENT CO.
3306 NORTHBROOK DR
SIOUX CITY, IA 51105


RIEKES EQUIPMENT COMPANY
PO BOX 3392
OMAHA, NE 68103-0392


RIENK INC.
3113 EAGLE AVE
ROCK VALLEY, IA 51247


RYAN J. JENSEN
1516 NICHOLS AVE.
Okoboji, IA 51355


S K F USA INC
PO BOX 352
LANSDALE, PA 19446-0352


SAND AND SEBOLT
AEGIS TOWER, SUITE 1100
4940 MUNSON STREET, NW
CANTON, OH 44718-3615


SC  BOLT
105 RICKENBACKER ROAD
N. SIOUX CITY, SD 57049


SEALS   SERVICE INC
939 W. Grove
West Point, Ne 68788


SELECT FIRE   SAFETY SERVICE
PO BOX 935
SIOUX CITY, IA 51102


SENTRY INSURANCE
PO BOX 8045
STEVENS POINT, WI 54481-8045

SHOEMAKER, INC.
12120 YELLOW RIVER ROAD
FORT WAYNE, IN 46818


SHOUP MFG.
3 STUART DRIVE
KANKAKEE, IL 60901


SILVER CREEK MACHINING LLC
4261 390TH AVE.
AYRSHIRE, IA 50515


SILVERSTONE GROUP
11516 MIRACLE HILLS DR
SUITE 100
OMAHA, NE 68154


SIMONE ARMOND
821 East Third Street
Spencer, IA 51301


SIOUX CITY FOUNDRY CO.
801 DIVISION STREET
SIOUX CITY, IA 51105


SIOUXLAND FABRICATING
3114 EAGLE AVE.
ROCK VALLEY, IA 51247


SMITH FOUNDRY COMPANY
1855 E. 28TH STREET
MINNEAPOLIS, MN 55407


SMS MARKETING GROUP
PO BOX 6
CENTRALIA, MO 65240


SNYDER INDUSTRIES, INC
4700 FREMONT
BOX 4583
LINCOLN, NE 68504


SPENCER INDUSTRIAL ELECTRONICS
1422 COUNTRY CLUB DRIVE
SPENCER, IA 51301

SPENCER MUNICIPAL UTILITIES
520 2ND AVENUE EAST
SUITE 1
SPENCER, IA 51301


SPENCER OFFICE SUPPLIES
915 - 4th AVENUE S.W.
SPENCER, IA 51301


SPRAY EQUIPMENT   SERVICE
9855 S. 140th STREET #8
OMAHA, NE 68138


SQUIBB-TAYLOR, INC.
P.O. BOX 541175
10480 SHADY TRAIL
DALLAS, TX 75220


STANDARD FORWARDING
62820 COLLECTION CENTER DR
CHICAGO, IL 60693-0628


STAR ENERGY
1006 1st AVE.
P.O. BOX 790
MANSON, IA 50563-0790


STATE STEEL
BOX 1257
528 EAST PARK STREET
SPENCER, IA 51301


STONE ENVIRONMENTAL ENGINEER
3409 NE BRIARWOOD DRIVE
ANKENY, IA 50021


TEEJET MIDWEST
3062 104TH ST
URBANDALE, IA 50322-3847


TEST AMERICA
PO 204290
DALLAS, TX 75320-4290

THE BOULDER COMPANY
3810 4TH AVE. WEST
SPENCER, IA 51301


THURSTON COUNTY TREASURER
ATTN: ROBIN CHRISTIANSEN
PO BOX 625
Pender, NE 68047


ULINE
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680-1741


ULINE SHIPPING SUPPLIES
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNICORN HRO
25 B HANOVER ROAD
FLORHAM PARK, NJ 07932


UNITY POINT
4230 WAR EAGLE DRIVE
SIOUX CITY, IA 51109


US CARGO CONTROL
202 BLUE CREEK DRIVE
URBANA, IA 52345


VALLEY INDUSTRIES
123 INDUSTRIAL LOOP RD EAST
PO BOX 226
PAYNESVILLE, MN 56362


VALLEY PLATING
185 WESTVIEW DR
PO BOX 162
ROCK VALLEY, IA 51247


VERIZON
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505

VERIZON
PO BOX 4002
Acworth, GA 30101


VILLAGE OF THURSTON
PO BOX 215
THURSTON, NE 68062


VOGELSANG CORPORATION
1790 SWARTHMORE AVENUE
LAKEWOOD, NJ 08701


W.W. GRAINGER, INC.
11200 E 210 HWY
KANSAS CITY, MO 64161-9370


WADLER MFG. CO., INC.
1909 EAST 12th
GALENA, KS 66739


WAYNE A JENSEN TRUSTEE REVOCABLE TRUST
1600 KIRKWOOD AVE
WEST OKOBOJI, IA 51351


Wells Fargo Vendor Financial Services, L
800 Walnut, 4th Floor
Des Moines, IA 50309


WESTERN SPRING MANUFACTURING
5118 130TH ST.
NORTH HUGO, MN 55038


WIESE CORPORATION
1501 FIFTH STREET
P.O. BOX 39
PERRY, IA 50220


WOODRIVER ENERGY, LLC
3300 E 1ST AVE
SUITE 600
DENVER, CO 80206


WOODRIVER ENERGY, LLC
PO BOX 732686
Dallas, TX 75373-2686

# United States Bankruptcy Court
## District of Nebraska

In re   **Thurston Manufacturing Company** _____
                                     Debtor(s)

Case No. _____
Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Thurston Manufacturing Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 23, 2019** _____
Date

/s/ **Elizabeth M. Lally** _____
**Elizabeth M. Lally 26428**
Signature of Attorney or Litigant
Counsel for    **Thurston Manufacturing Company**
**Goosmann Law Firm, PLC**
**17838 Burke Street**
**Suite 250**
**Omaha, NE 68118**
**402-280-7648 Fax:402-505-3967**
**LallyE@goosmannlaw.com**

## WRITTEN CONSENT TO ACTION IN LIEU OF MEETING OF THE
## SHAREHOLDERS OF THURSTON MANUFACTURING COMPANY

The undersigned, being the supermajority of shareholders of Thurston Manufacturing Company, a Nebraska corporation (the "**Company**"), hereby consent, pursuant to the adoption hereof and do hereby adopt the following resolutions and declare them to be in full force and effect as if adopted at a regular or special meeting of the shareholders:

### Filing of Chapter 11 Bankruptcy

WHEREAS, the shareholders have determined that the Company as formed and organized can no longer meet its obligations as they become due in the usual course of business and furthermore can no longer continue in business profitably;

WHERAS, the shareholders have been advised by the Company's managers that various creditors have claims against the Company and its related entities and said creditors have threatened to prosecute their claims;

WHEREAS, pursuant to the information made available, a super majority of the shareholders now deems it advisable and in the best interests of the Company and its creditors to file a voluntary petition in bankruptcy with Chapter 11 of the United States Bankruptcy Code ("**Bankruptcy**");

NOW, THEREFORE, BE IT RESOLVED, that the Company shall file a voluntary petition in Bankruptcy.

RESOLVED FURTHER, that the voluntary Bankruptcy petitions will be filed as soon as practical, as determined by the Chief Executive Officer of Thurston Manufacturing Company.

RESOLVED FURTHER, that the voluntary filing of Bankruptcy is declared advisable and in the best interests of the Company.

RESOLVED FURTHER, that the Chief Executive Officer of Thurston Manufacturing Company be, and hereby is, authorized and directed, for and on behalf of the Company, to take all action deemed necessary with respect to the Bankruptcy, and that any and all such actions that may have been taken to date are hereby authorized, ratified, approved, and confirmed in all respects.

RESOLVED FURTHER, that the Chief Executive Officer of Thurston Manufacturing Company, be, and hereby is, authorized, empowered, and directed to cause the Company to pay any and all expenses and fees arising in connection with any filing of any Bankruptcy petitions under the various laws and jurisdictions of the United States.

RESOLVED FURTHER, that until otherwise resolved in a written consent from the shareholders of the company, the Chief Executive Officer of Thurston Manufacturing Company shall have the sole authority to guide and direct the Bankruptcy for the Company, including the sole authority to direct any bankruptcy counsel retained.

**Omnibus Resolutions**

RESOLVED, that any and all actions taken by the managers of the Company to carry out the purposes and intent of the foregoing resolutions prior to their adoption are hereby approved, ratified, and confirmed.

RESOLVED, that the Chief Executive Officer of Thurston Manufacturing Company is authorized and empowered to take all such actions and to execute and deliver all such documents as may be necessary or advisable to carry out the intent and accomplish the purposes of the foregoing resolutions and to effect any transactions contemplated thereby, and that the performance of any such actions and the execution and delivery of any such documents shall be conclusive evidence of the approval of the shareholders thereof and all matters relating thereto.

This consent may be executed by facsimile, in electronic format via ".pdf" or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

**[The Remainder of This Page Intentionally Left Blank;
Signature Page Follows.]**

IN WITNESS WHEREOF, the undersigned, being a super majority of shareholders of Thurston Manufacturing Company have executed this Written Consent as of January 15, 2019.

_____

Ryan J. Jensen, in his capacity as Chief Executive Officer and Shareholder of Thurston Manufacturing Company

_____

Layton W. Jensen, in his capacity as Chairman, Vice President of Research and Development, and Shareholder of Thurston Manufacturing Company

_____

Nicholas W. Jensen, in his capacity as President and Shareholder of Thurston Manufacturing Company

IN WITNESS WHEREOF, the undersigned, being a super majority of shareholders of Thurston Manufacturing Company have executed this Written Consent as of January 15, 2019.

_____

Ryan J. Jensen, in his capacity as Chief
Executive Officer and Shareholder of
Thurston Manufacturing Company


_____

Layton W. Jensen, in his capacity as
Chairman, Vice President of Research and
Development, and Shareholder of Thurston
Manufacturing Company


_____

Nicholas W. Jensen, in his capacity as
President and Shareholder of Thurston
Manufacturing Company