Form 210A (10/06)

# United States Bankruptcy Court
## District of Nebraska (Omaha Office)

In re: **Thurston Manufacturing Company,**
Case No. **19-80108-SKH**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>**Fair Harbor Capital, LLC**<br>**As assignee of Igus, Inc.** | Name of Transferor:<br>**Igus, Inc.** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): none<br>Amount of Claim: $3,290.65<br>Date Claim Filed: |
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023 | Name and Address of Transferor:<br>Igus, Inc.<br>PO Box 14349<br>East Providence, RI 02914 |
| Phone: 212 967 4035<br>Last Four Digits of Acct #: n/a | Phone:<br>Last Four Digits of Acct. #: n/a |

Name and Address where transferee payments should be sent (if different from above):

Phone: n/a
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Fredric Glass    Date: April 21, 2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Nebraska (Omaha Office)

In re:     Thurston Manufacturing Company,
Case No.   19-80108-SKH

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No. none (if known)**

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 21, 2020.

Name of Transferee:
**Fair Harbor Capital, LLC**
as assignee of Igus, Inc.

Name of Alleged Transferor:
**Igus, Inc.**

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Name and Address of Alleged Transferor:

Igus, Inc.
PO Box 14349
East Providence, RI 02914

## ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
Clerk of the Court

IGUS, INC ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against **Thurston Manufacturing Company** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$3,290.65**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Nebraska (Omaha Office). Case No 19-80108-SKH, . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** IGUS, INC (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

IGUS, INC ("Seller")　　　　　　　　　　　　　　　　　　　Fair Harbor Capital, LLC ("Purchaser")
PO BOX 14349　　　　　　　　　　　　　　　　　　　　　　130 West 57th Street, 5th Floor
EAST PROVIDENCE, RI 02914-0349　　　　　　　　　　　　New York, NY 10019

Print Name: Chris Hanley   Title: Credit Manager   Signature:

Signature: _____   Date: 3/24/20

Fred Glass, Member Fair Harbor Capital, LLC

Phone: (401) 435-0049   Fax: _____

Email: CHARLEY@IGUS.NET

Updated Address (If Changed): _____